**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**JOSEPH TAYLOR,**

    **Plaintiff,**

**vs.**                                                 **CASE NO. 1:06CV198-MP/AK**

**MAJOR OWENS, et al,**

    **Defendants.**

    _____/

**REPORT AND RECOMMENDATION**

By Order dated January 5, 2007, Plaintiff was directed to file an amended complaint on or before January 26, 2007. (Doc. 10). On February 9, 2007, when no amended pleading had been filed, the Court entered a show cause order directing a response by February23, 2007. (Doc. 15). This Order was returned as undeliverable, but the address label indicated that the institution had forwarded the mail to Plaintiff's free world address. (Doc. 16). When there was still no response, the Court entered a second show cause order with the Court's previous orders attached thereto requesting a response by April 23, 2007. (Doc. 18). Plaintiff has not responded to the show cause orders.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court (docs. 10 and 15) and at present the Court has no viable address for him. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this __27th__ day of June, 2007.

       *s/ A. KORNBLUM*
       **ALLAN KORNBLUM**
       **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:06CV198-MP/AK